JAMES C. LESTORTI *v.* RALPH J. DELEO ET AL.

The defendant Louis A. Lestorti, Jr.'s petition for certification for appeal from the Appellate Court, 114 Conn. App. 50 (AC 29578), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's decision granting the plaintiff's motion to strike the defendant's counterclaim for equitable contribution?"

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18393.

*David S. Hardy* and *Anthony M. Fitzgerald,* in support of the petition.

Decided June 25, 2009